UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANFILIPPO, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TINDER, INC., a Delaware corporation, and DOES 1 through 20, Inclusive,<br><br>　　　　　Defendants. | **CASE NO. 2:18-cv-08372-AB-(JEMx)**<br><br>*[Assigned to Hon. André Birotte Jr.]*<br><br>**[PROPOSED] ORDER SUSTAINING DEFENDANT MATCH GROUP, LLC'S EVIDENTIARY OBJECTIONS TO DECLARATION OF ELIZABETH SANFILIPPO IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO COMPEL**<br><br>Date:　November 30, 2018<br>Time:　10:00 a.m.<br>Place:　Crtrm. 7B<br><br>*[Removed from the Superior Court of the State of California, County of Los Angeles, Case No. BC718649]* |

On November 16, 2018, Defendant Match Group, LLC ("Defendant") filed its Evidentiary Objections to the Declaration of Elizabeth Sanfilippo in Support of Plaintiff Elizabeth Sanfilippo ("Plaintiff")'s Opposition to Defendant's Motion to Compel ("Defendant's Evidentiary Objections").

After having considered Defendant's Evidentiary Objections and any response and reply thereto, together with the arguments of counsel, if any,

IT IS HEREBY ORDERED THAT:

1. **Objections to Paragraph 3 of Plaintiff Elizabeth Sanfilippo's Declaration ("Plaintiff's Declaration")**

Match objects to the second, third and fourth sentences as conclusory and lacking in foundation. Match also objects to the third sentence as speculative and containing inadmissible hearsay.

SUSTAINED:____   OVERRULED:____

2. **Objections to Paragraph 4 of Plaintiff's Declaration**

Match objects to the second and third sentences as conclusory. Match further objects to the second sentence as lacking in foundation.

SUSTAINED:____   OVERRULED:____

3. **Objections to Paragraph 5 of Plaintiff's Declaration**

Match objects to this paragraph as conclusory, speculative and not properly limited in time.

SUSTAINED:____   OVERRULED:____

4. **Objections to Paragraph 6 (mislabeled Paragraph 4) of Plaintiff's Declaration**

Match objects to this paragraph as conclusory, lacking in foundation and speculative. Match objects to the first sentence because it does not meet the requirement of personal knowledge under Rule 56(c)(4). *See Columbia Pictures*, 944 F.2d at 1529. Accordingly, Plaintiff's assertion that "As far as [she is] aware,

Steve Liu was never reprimanded for his harassment" is of no consequence and not proper evidence.  Match further objects to the second and third sentences as vague.

      SUSTAINED:____                        OVERRULED:____

5.      **Objections to Paragraph 7 (mislabeled Paragraph 5) of Plaintiff's Declaration and Exhibit B**

      Match objects to Exhibit B as irrelevant, speculative, and lacking in foundation.  Match also objects to Plaintiff's attempts to offer statements in Exhibit B for the truth of the matters asserted, as Exhibit B contains inadmissible hearsay.

      SUSTAINED:____                        OVERRULED:____

      Those portions of Plaintiff's Declaration and corresponding Exhibit B as to which objections are sustained are stricken, and will not be considered for any purpose.

      IT IS SO ORDERED.

Dated: _____      _____
                                                     Hon. André Birotte Jr.
                                                     Judge, United States District Court