# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No.: | CV 18-08372-AB (JEMx) | Date: | November 30, 2018 |

| | |
|---|---|
| Title: | Elizabeth Sanfilippo v. Tinder, Inc. et al |

Present: The Honorable **ANDRÉ BIROTTE JR., United States District Judge**

| Carla Badirian | Chia Mei Jui |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| John A Belcher | Cristina I Torres, PHV |
| | Carol Yur |

**Proceedings:** 1) PLAINTIFF'S MOTION TO REMAND [13];
2) DEFENDANT MATCH GROUP, LLC'S MOTION TO COMPEL ARBITRATION AND DISMISS OR STAY PROCEEDINGS [18]

    The Courtroom Deputy Clerk distributes the Court's tentative rulings prior to the case being called.

    The Court having carefully considered the papers and the evidence submitted by the parties, and having heard the oral argument of counsel, hereby takes the motions under submission.