JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELIZABETH SANFILIPPO, an individual,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>TINDER, INC., a Delaware corporation, and DOES 1 through 20, Inclusive,<br><br>　　　　　Defendants. | **CASE NO. 2:18-cv-08372-AB (JEMx)**<br><br>*[Assigned to Hon. André Birotte Jr.]*<br><br>**[~~JOINT PROPOSED~~] FINAL JUDGMENT**<br><br>[Removed from the Superior Court of the State of California, County of Los Angeles, Case No. BC718649] |

1.

1  The Court, having considered the Parties' Joint Status Report Regarding Status of Arbitration (Dkt. No. 36), the Parties' request for entry of a final judgment in favor of Defendant, and good cause appearing therefor,

**HEREBY ORDERS, ADJUDGES, AND DECREES** as follows:

This action and all of Plaintiff's claims asserted herein are hereby dismissed with prejudice. Each party shall bear its own costs, expenses, and attorneys' fees.

**IT IS SO ORDERED.**

Dated: August 7, 2020  _____
ANDRÉ BIROTTE JR.
UNITED STATES DISTRICT JUDGE